No. 81–655. MOOTZ *v.* MOOTZ. Sup. Ct. Tex. Certiorari denied.

No. 81–659. DEJAMES *v.* MAGNIFICENCE CARRIERS, INC., ET AL. C. A. 3d Cir. Certiorari denied.

No. 81–662. ROSNER *v.* DEPARTMENTAL DISCIPLINARY COMMITTEE FOR THE FIRST JUDICIAL DEPARTMENT OF THE STATE OF NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 81–665. UNION PLANTERS NATIONAL BANK OF MEMPHIS *v.* J & C COLOR INDUSTRIES, INC., ET AL. C. A. 6th Cir. Certiorari denied.

No. 81–668. JOSEPH C. HOFGESANG SAND CO., INC. *v.* LOUISVILLE AND JEFFERSON COUNTY BOARD OF ZONING ADJUSTMENT. Sup. Ct. Ky. Certiorari denied.

No. 81–670. JONES *v.* TAIBBI ET AL. C. A. 1st Cir. Certiorari denied.

No. 81–673. SUSSLI *v.* CITY OF SAN MATEO ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 81–674. GRIFFIN, MAYOR OF BUFFALO *v.* ARTHUR ET AL. C. A. 2d Cir. Certiorari denied.

No. 81–678. FORTY-FOUR HUNDRED EAST BROADWAY CO. *v.* 4400 EAST BROADWAY. C. A. 9th Cir. Certiorari denied.

No. 81–682. LEBLANC *v.* PETCO, INC., ET AL. C. A. 5th Cir. Certiorari denied.